estado de cuenta por cada ciclo de facturación en que usted tenga un saldo de débito o crédito en exceso de $1.00, o en que se haya impuesto un Cargo por Intereses. El estado de cuenta indicará todas las compras, Cargos por Intereses, y otros cargos o cuotas, incluyendo el seguro por cuentas incobrables o cancelación de deuda (si aplicable) así como todos los pagos y demás créditos asentados a su Cuenta durante el ciclo de facturación. El estado de cuenta indicará la cantidad adeudada en su Cuenta. La cantidad total adeudada se llama "Nuevo Saldo" en su estado de cuenta, sujeto a los términos de las compras bajo el Plan de Crédito Promocional, de haberlo, según se indica a continuación.

**6. PLANES DE CRÉDITO PROMOCIONALES:** Los siguientes Planes de Crédito Promocionales podrían ser ofrecidos ocasionalmente, según se especifique antes de o en el momento de la compra: a) Plan de Crédito con Cargo por Intereses Prescindido. — no se imponen Cargo por Intereses sobre las compras durante un periodo determinado, siempre y cuando se pague el Pago Mínimo Adeudado cuando se venza en cada ciclo de facturación; b) Plan de Crédito Igual que Efectivo/Pago Mensual — Si usted paga el precio de venta total en efectivo de la compra antes de la fecha de vencimiento promocional que se indica en su estado de cuenta y paga el Pago Mínimo Adeudado cuando se venza en cada ciclo de facturación, como se indica en su estado de cuenta, no se Cargos por Intereses sobre la compra. Si no se hace el pago por completo en dicha forma, los Cargos por Intereses se imponen desde la fecha de compra; c) Plan de Crédito con Tasa Reducida — Se aplica a la compra una tasa reducida durante el periodo determinado siempre y cuando se haga el Pago Mínimo Adeudado cuando se venza en cada ciclo de facturación; d) Plan con Factor de Pago Especial — Se aplica a la compra un factor de pago especial durante el periodo determinado siempre y cuando se haga el Pago Mínimo Adeudado cuando se venza en cada ciclo de facturación; e) Plan de Crédito con Factor de Pago Especial/Tasa Reducida — Se aplican a la compra un factor de pago especial y una tasa periódica reducida durante el periodo determinado siempre y cuando se haga el Pago Mínimo Adeudado cuando se venza en cada ciclo de facturación; todas las compras que no correspondan a un Plan de Crédito Promocional se llaman compras en Plan de Crédito Normal. **Hay ciertas reglas que se aplican en relación a la asignación de pagos y Cargos por Intereses en su compra promocional si usted hace más de una compra con su Tarjeta. Para obtener más información llame al 1-888-367-4310 o vea el inciso Aplicación de Pagos de este Convenio.**

**7. CARGOS POR INTERESES:** (a) Los Cargos por Intereses se calculan por separado para cada Plan de Crédito Promocional y cada Plan de Crédito Regular (cada uno un "Plan de Crédito"). Los Planes de Crédito Promocionales con distintas fechas de vencimiento o términos promocionales son tratados como Planes de Crédito distintos para este propósito. El Cargo total por Intereses para el ciclo de facturación es la suma del Cargo por Intereses para cada Plan de Crédito, sujeto al Cargo por Intereses mínimo bajo la Sección 8.

(b) Los Cargos por Intereses se imponen en compras desde la fecha de la transacción hasta que se haya pagado totalmente, salvo cuando no se impone un Cargo por Intereses en un ciclo de facturación por:

(i) una compra nueva a una Tasa de Interés Regular, Reducida o en un Plan de Crédito con Factor de Amortización Especial, si el Saldo Anterior combinado de esos Planes de Crédito al comienzo del ciclo es cero o un saldo de crédito, o se paga totalmente antes de la Fecha de Vencimiento del Pago que cae durante el ciclo;

(ii) cualquier saldo a una Tasa de Interés Regular, Reducida o en un Plan de Crédito con Factor de Amortización Especial, si el Saldo Anterior combinado de esos Planes de Crédito al comienzo del ciclo es cero o un saldo de crédito, o se paga totalmente antes de la Fecha de Vencimiento del Pago que cae durante el ciclo;

(iii) una compra en un Plan de Crédito con Cargo por Intereses Prescindido por el periodo promocional especificado;

(iv) una compra en un Plan de Crédito Igual que Efectivo si el precio total de venta en efectivo se paga totalmente antes de la fecha de vencimiento de la promoción.

(c) Si se impone un Cargo por Intereses en un Plan de Crédito distinto a un Plan de Crédito Igual que Efectivo, la cantidad será determinada multiplicando la Tasa Diaria Periódica correspondiente por el Saldo Diario para el Plan de Crédito por cada día en el ciclo, y sumando los resultados de esos cálculos.

(d) Si un Cargo por Interés se impone a un Plan de Crédito Igual que Efectivo durante un ciclo, la cantidad será la suma de los siguientes cálculos del Cargo diario por Intereses para el Plan de Crédito durante el ciclo actual y cada uno de los ciclos de facturación anteriores (cada uno un "Plan de Crédito") desde la fecha de la transacción de la compra hasta el ciclo actual: (i) la Tasa Diaria Periódica correspondiente para el Ciclo Actual multiplicado por el Saldo Diario para cada día en el ciclo actual, y (ii) la Tasa Diaria Periódica correspondiente para cada Ciclo Anterior multiplicado por los Saldos Diarios del Plan de Crédito para cada día durante cada Ciclo Anterior.

(e) El "Saldo Diario" de un Plan de Crédito se determina tomando el saldo inicial del Plan de Crédito para ese día, y sumando 1) toda compra nueva realizada en el Plan de Crédito ese día, 2) los Cargos por Intereses del día anterior, 3) cualquier prima por seguro sobre el crédito o cargos por cancelación de deuda (si corresponde) incurridas en ese día, y 4) todo cargo por pago atrasado, cargos por sobrelímite del crédito, cargos por pago devuelto u otros cargos incurridos en ese día, y restando todo pago o créditos aplicados al Plan de Crédito ese día. Si su Cuenta está sujeta a un periodo de gracia durante el ciclo de facturación, los pagos realizados dicho ciclo se restarán de todos los Saldos Diarios en el ciclo de facturación actual. Para cualquier Plan de Crédito Igual que Efectivo, las primas de seguro sobre el crédito o cargos por cancelación de deuda (si corresponde) no se incluyen en el Saldo Diario de ese Plan de Crédito durante el periodo promocional. Si una transacción por un pago devuelto o una disputa resuelta a nuestro favor, se asienta después de iniciar el ciclo de facturación, el (los) Saldo(s) Diario(s) correspondiente y todo cálculo de Cargo por Intereses relacionado se ajustarán de manera retroactiva para incluir la cantidad de la transacción en la fecha original de la transacción.

(f) La Tasa Diaria Periódica se usa para determinar sus Cargos por Intereses y la Tasa Porcentual Anual correspondiente, serán tasas de interés variables las cuales podrán variar cada mes. La Tasa Diaria Periódica será un trescientos sesenta y cincoavo de la suma de la tasa preferencial estadounidense publicada en la tabla de Tasas Monetarias de *The Wall Street Journal* que se encuentre vigente en el último día del mes ("Tasa Preferencial/Prime Rate"), más un "Margen" de **24.74** puntos porcentuales para la Tasa Estándar y un "Margen" de **26.74** puntos porcentuales para la Tasa de Penalización. Cualquier cambio en la Tasa Preferencial entrará en vigor el primer día de su ciclo de facturación comenzando el mes siguiente.

La tasa máxima del Cargo por Intereses para la Tasa Estándar es la Tasa Periódica Diaria de **.08216%** (correspondiente a una **Tasa Porcentual Anual del 29.99%**). La tasa máxima del Cargo por Intereses para la Tasa Penalización es la Tasa Periódica Diaria del **.08216%** (correspondiente a una **Tasa Porcentual Anual del 29.99%**).

Por ejemplo, en el ciclo de facturación que comienza el 1 de agosto del año 2011, el Cargo por Intereses para la Tasa Estándar habría sido una Tasa Diaria Periódica del **.07668%** (correspondiente a una **Tasa Porcentual Anual del 27.99%**) y el Cargo por Intereses para la Tasa de Penalización habría sido una Tasa Diaria Periódica del **.08216%** (correspondiente a una **Tasa Porcentual Anual del 29.99%**). Un aumento en la Tasa Preferencial aumentará su Tasa Diaria Periódica correspondiente la cual puede aumentar el Cargo por Intereses y el Pago Mínimo Adeudado en su Cuenta. Su APR podría aumentar a la APR de Penalización si no recibimos su pago mínimo en un plazo de 60 días a partir de que venza el pago. Usted ya no será elegible para la Tasa Estándar

y todos los Planes de Crédito Promocionales existentes terminarán, y todo el saldo de su Cuenta estará sujeto a la Tasa de Penalización. Si su Cuenta se encontrará sujeta a la APR de Penalización, le proporcionaremos previo aviso antes de que la nueva APR de Penalización entre en vigor. Si usted realiza los seis siguientes pagos mínimos de manera consecutiva a tiempo, comenzando con el primer pago adeudado, una vez que la APR de Penalización entre en vigor, sus tasas regresarán a las APR de no penalización que correspondan a su Cuenta. Si usted no realiza estos seis pagos mínimos de manera consecutiva a tiempo, podríamos mantener indefinidamente la APR de Penalización en su Cuenta.

**8. CARGO MÍNIMO POR INTERESES:** Se impondrá un **Cargo** mínimo **por Intereses** de $2.00 por cada ciclo de facturación en que se deba pagar un Cargo por Intereses.

**9. CARGOS:** Nosotros podemos imponer sobre su Cuenta los cargos siguientes, que se agregarán a su Cuenta cuando se les imponga:
a) **Cargo por Pago Atrasado:** Se podría cobrar un Cargo por Pago Atrasado por cada ciclo de facturación en el cual al menos el Pago Mínimo a Pagar, incluyendo toda cantidad atrasada, no se pague a tiempo para ser acreditado a su Cuenta en o antes de la Fecha de Vencimiento del Pago.
Su Cargo por Pago Atrasado es de $25 por el primer atraso y $35 por cada atraso adicional que ocurra durante los siguientes seis ciclos de facturación. En ningún momento su Cargo por Pago Atrasado excederá el Pago Mínimo a Pagar.
b) **Cargo por Pago Devuelto:** Se podría cobrar un Cargo por Pago Devuelto a la Cuenta cada vez que un cheque o deducción automática de pago, no sean aceptados como pagados o se devuelvan sin pagar por su banco u otra institución financiera. Todo pago devuelto sin pagar por cualquier motivo podría volverse a asentar a cualquier tipo de transacción (por ejemplo, compras, etc.) y se podrían reinstalar Cargos por Intereses a la fecha de pago a la Tasa Porcentual Anual (APR) cobrada por esa transacción.
Su Cargo por Pago Devuelto es de $25.
En ningún momento su Cargo por Pago Devuelto excederá le Pago Mínimo a Pagar.
c) **Cuota de Investigación:** Se cobrará a su Cuenta una Cuota de Investigación por cada copia de documento solicitada. El monto de esta cuota se divulgará en el momento en que se soliciten dichas copias.
d) **Cargo por Tarjeta Reexpedida:** Se le puede cobrar $5 cada vez que usted solicite se vuelva a expedir su tarjeta de crédito.
e) **Cuota por Pago por Teléfono:** Se asentará una Cuota por pago por teléfono a la Cuenta cada vez que se realice un pago por teléfono, aún cuando el pago lo realice alguien que no sea usted. El monto de esta cuota se divulgará cuando se solicite dicho pago.
f) **Cargo por Sobrelímite del Crédito:** Cargo por Sobrelímite del Crédito: En caso de que usted exceda su límite de crédito, se le cobrará un Cargo por Sobrelímite del Crédito de $0.
g) **Costos de Cobranza:** Si después de su incumplimiento, nosotros remitimos su Cuenta para su cobranza a un abogado y/o agencia de cobros, podemos cobrarle nuestros costos de cobranza, incluyendo los costos judiciales y los honorarios razonables de abogados, cuando y según lo permita la ley vigente.

**10. SEGURO:** Si disponible y usted opta por la cobertura del seguro contra deudas incobrables, usted nos autoriza cargar mensualmente a su Cuenta la prima de seguro por dicha cobertura. Usted comprende que la cantidad de la prima del seguro se basa en los Saldos Promedios Diarios de su Cuenta para el ciclo de facturación en que se cobre la prima. Los cargos por el seguro contra deudas incobrables comienzan a acumularse desde la fecha de la transacción de todas las compras hechas con su Cuenta.

**11. CANCELACIÓN DE DEUDA:** Si disponible y usted opta por cancelación de deuda, usted nos autoriza a aplicar el cargo correspondiente a dicha cancelación de deuda a su Cuenta en forma mensual. Usted entiende que el monto del cargo por cancelación de deuda se basa en los Saldos Diarios Promedios de su Cuenta para el ciclo de facturación en el cual se aplica dicho cargo. Los cargos por cancelación de deuda comienzan a acumularse a la fecha de la transacción respecto a todas las compras realizadas sobre su Cuenta.

**12. PAGO MÍNIMO:** Usted acuerda pagarnos al menos el Monto del Pago Mínimo adeudado, reflejado en su estado de cuenta. Si lo desea, puede pagar más del Monto del Pago Mínimo adeudado y en cualquier momento puede usted pagar por completo el monto adeudado. El Monto del Pago Mínimo adeudado es igual a su Pago Mínimo más el Factor de Amortización Especial por cualquier Plan de Crédito Promocional con un Factor de Amortización Especial, más cualquier cargo por cancelación de deuda o prima de seguro de crédito más cualquier saldo adeudado. El Pago Mínimo es el mayor de a.) $25 o b.) 1% de su "Nuevo Saldo" (que no incluye los saldos de los Planes de Crédito con un Factor de Amortización Especial) más Cargos por Intereses facturados más cualquier Cargo por Pago Atrasado gravado ese mes, redondeado hacia el monto próximo más alto. Su estado de cuenta mensual incluirá los requisitos a seguir, para que usted realice los pagos, incluidas las horas límite de recepción de pagos, que pueden afectar la acreditación de los mismos.

**13. RESTRICCIONES DE PAGO:** Todos los pagos se deben enviar por correo o entregar a la dirección del Centro de Procesamiento de Pagos que se indica en su estado de cuenta mensual. Todos los pagos se tienen que efectuar con cheque o giro de dinero. Al enviamos un cheque para el pago de su cuenta, usted nos autoriza a usar información de su cheque para iniciar una transferencia electrónica de fondos desde su cuenta, de conformidad con los términos y condiciones del cheque, o procesar esta transacción como cheque. Cuando usemos su cheque para hacer una transferencia electrónica de fondos, los fondos podrán ser retirados de su cuenta el mismo día en que recibamos su pago, y el cheque no le será devuelto por el banco. Si usted no quiere que los cheques sean convertidos en una transferencia electrónica de fondos, sírvase llamar al Departamento de Cliente. No nos puede enviar por correo dinero en efectivo. Usted conviene en que todo pago se le puede devolver si su cheque: (a) no está librado en dólares de EE.UU. sobre dinero en depósito en los EE.UU.; (b) no tiene alguna firma; (c) se libra con cantidades distintas en números y letras; (d) está endosado restrictivamente; (e) postechado; (f) está librado contra una cuenta de crédito expedida por HSBC Bank Nevada, N.A. o una de sus afiliadas; (g) no se paga a su presentación. **Sin embargo, si usted desea que nosotros tengamos en cuenta un pago marcado "pagado por completo", "sin recurso" o con un lenguaje similar, dicho pago se debe marcar para manejo especial y se debe enviar a HSBC Retail Services, PO Box 5226, Carol Stream, IL 60197-5226.** Usted conviene en que nosotros podemos aceptar cualquiera de dichos pagos, pagos morosos, pagos parciales y pagos marcados "pagado por completo", "sin recurso" o distintamente endosados de forma restrictiva, sin por ello renunciar a nuestro derecho al pago del saldo de su Cuenta.

**14. APLICACIÓN DE PAGOS:** Sus pagos se aplicarán de la manera que determinemos y de acuerdo a la ley vigente. Asignamos la cantidad de su pago equivalente a su Pago Mínimo a Pagar a nuestra discreción y generalmente al Pago Mínimo a Pagar calculado en cada plan de crédito. Aplicaremos cualquier pago que exceda el Pago Mínimo a Pagar en su cuenta, a saldos con mayor APR antes que a saldos con menor APR. **Si usted tiene Plan(es) de Crédito Igual que Efectivo, asignaremos automáticamente los pagos recibidos durante los últimos dos ciclos de facturación completos y hasta la fecha de vencimiento, primero al Pago Mínimo a Pagar y después, al (los) plan(es) que están venciendo, en el orden de su vencimiento; en otras ocasiones, trataremos su Plan de Crédito Igual que Efectivo como si tuviera una APR del 0% con el propósito de determinar la asignación de pagos.**

**15. LÍMITE DE CRÉDITO:** Usted conviene en no dejar que el saldo de la Cuenta exceda el límite de crédito que nosotros ocasionalmente establezcamos para usted. Nosotros no tenemos que aceptar el uso de su tarjeta ni aceptar cheques de tarjeta de crédito que harían que usted exceda su límite de crédito, pero si lo hacemos, usted conviene en pagar inmediatamente la cantidad en la cual se excede el límite de crédito, más los Cargos por Intereses.

**16. AUTORIZACIONES DE CRÉDITO:** Algunas compras requerirán nuestra autorización previa y el comerciante podría pedirle que le muestre alguna identificación. Si nuestro sistema de autorización no está funcionando, podría no sernos posible autorizar una transacción, aunque usted tenga suficiente crédito disponible. No seremos responsables ante usted si llega a suceder cualquiera de estos casos. No somos responsables por el rechazo o la aceptación de la tarjeta o de un cheque de tarjeta de crédito por parte de cualquier comerciante.

**17. GARANTÍA:** A excepción de lo indicado más adelante, usted nos otorga un derecho de garantía sobre el dinero de compra por los bienes adquiridos con su tarjeta, y en todos los contratos de seguro y toda indemnización, prima devuelta, contrato por falla del constructor y servicio extendido, y reembolsos de cargos por contratos por fallas del constructor y servicio extendido financiado con la misma. Cada bien adquirido por medio de su cuenta garantizará todo el saldo de la cuenta hasta tanto dicho bien sea pagado en su totalidad. A los fines de determinar que bienes están sujetos a una garantía prendaria, se considerará que los pagos recibidos serán aplicables en primer lugar a cualquier prima de seguro o cargo por cancelación de deudas impagos (si corresponden), Cargos por Intereses y otros cargos o cuotas, y luego al pago de compras en la cuenta, en el orden en que hayan sido realizadas. Cuando se hagan pagos suficientes como para amortizar la parte del saldo de la cuenta atribuible a la compra de un bien particular, dejaremos sin efecto nuestro derecho de garantía sobre el dinero de compra correspondiente a ese bien. Los bienes cubiertos por un derecho de garantía pueden ser incautados si usted no hace el pago puntualmente. Podemos exigirle que los ponga a nuestra disposición en un lugar conveniente de nuestra elección. No aplicamos ningún derecho de garantía sobre bienes cuyo precio de compra original sea inferior a $200, si usted vive en Nueva York, y sobre bienes cuyo precio de compra original sea inferior a $700, si usted vive en Maryland. En caso de que procedamos a recuperar la posesión de cualquier artículo adquirido con su tarjeta, es posible que usted deba pagar los cargos de recuperación. Estos incluyen, sin ninguna limitación, las reparaciones necesarias, los cargos de almacenamiento y los costos de venta, cuando y en la forma en que lo permita la ley.

**18. INCUMPLIMIENTO:** Usted estará en estado de incumplimiento bajo este Convenio cuando: (a) usted no haga por lo menos el Pago Total Mínimo Adeudado cuando se venza; (b) esté en violación de cualquier otra disposición de este Convenio; (c) usted fallezca; (d) usted sea objeto de procedimientos de bancarrota o insolvencia; (e) usted sea objeto de procedimientos de embargo, ejecución de hipoteca, reposesión, gravamen, juicio o decomiso; (f) usted nos proporcione información engañosa, falsa, incompleta o incorrecta; (g) nosotros recibamos información de que usted es incapaz de o que no quiere cumplir los términos o condiciones de este Convenio; (h) usted no nos proporcione la información que nosotros razonablemente consideremos necesaria; (i) recibamos información de terceros, incluyendo agencias de informes de crédito que indiquen alguna morosidad o cuenta pasada a incobrables con otros acreedores; (j) esté en incumplimiento de cualquier préstamo o convenio distinto que tenga con nosotros o cualquiera de nuestras afiliadas; (k) su traslado a un lugar fuera de los Estados Unidos o el Canadá o bien el proporcionarnos una dirección de correo que no pertenezca a los países mencionados; (l) usted quede incompetente; (m) usted exceda su límite de crédito; (n) su pago sea devuelto sin pagar por su banco, por cualquier motivo; (o) nosotros devolvamos sin pagar cualquier cheque de tarjeta de crédito; o (p) usted esté en incumplimiento en cualquier otro convenio o convenio de fianza o garantía prendaria que tenga con nosotros o cualquiera de nuestras afiliadas.

Cuando ocurra el incumplimiento, nosotros tenemos el derecho de: (a) terminar sus privilegios de crédito bajo este Convenio; (b) terminar todo Plan de Crédito Promocional y convertir los saldos a un Plan de Crédito Normal; (c) exigirle que pague inmediatamente la totalidad del saldo de su Cuenta, incluyendo los saldos de los Planes de Crédito Promocionales, todos los Cargos por Intereses acumulados y sin pagar, así como los demás cargos dispuestos en este Convenio y (d) entablar una acción para cobrar todas las cantidades adeudadas.

## 19. ARBITRAJE:

### Ley Federal de Arbitraje

Esta cláusula de arbitraje se celebra en virtud de una transacción que involucra comercio interestatal y será regida por la Ley Federal de Arbitraje, 9 U.S.C. Secciones 1 – 16 (la "FAA"). El árbitro aplicará las leyes sustantivas vigentes consistentes con la FAA y dará por escrito sus determinaciones justificadas sobre cuestiones de hechos y conclusiones siempre y cuando se solicite por escrito tal y como se indica en los procedimientos de la asociación de arbitraje correspondiente. El laudo del árbitro no será sujeto a apelación, salvo cuando lo permita la FAA. El fallo sobre el laudo se podrá registrar en cualquier corte con jurisdicción.

### Reclamaciones y Administradores de Arbitraje

Esta cláusula de arbitraje aplicará en toda Reclamación (definida a continuación) que hagamos o se haga en nuestra contra, en contra de usted o en contra de cualquier otra Persona Cubierta (definida a continuación). Usted conviene en que cualquier reclamación, disputa o controversia (ya sea basada en un contrato, en un agravio, intencional o no; en la constitución, en un estatuto, en el derecho consuetudinario o en equidad, y ya sea preexistente, presente o futura), incluyendo reclamaciones iniciales, reconvenciones, contrarreclamaciones y las reclamaciones de o contra terceros que surjan de, o se relacionen con (a) este Acuerdo, la solicitud, su Cuenta, cualquier transacción o actividad que involucre cualquier pago o el no realizar cualquier pago en su Cuenta, o cualquier inducción a la venta, propaganda, promoción o declaración verbal o por escrito relacionada con este Acuerdo o con su Cuenta, (b) las relaciones que resulten de este Acuerdo y su relación con cualquier Persona Cubierta conforme a las condiciones de la subsección inmediatamente anterior, o (c) el alcance, validez o la fuerza ejecutiva de esta cláusula de arbitraje, cualesquiera de sus partes o la totalidad del Acuerdo (en lo sucesivo una "Reclamación") será resuelta, a su elección, a la nuestra o a la de cualquier Persona Cubierta descrita más adelante, por arbitraje vinculante conforme a esta cláusula de arbitraje y a las reglas o procedimientos del administrador de arbitraje (el "Administrador") seleccionado en el momento en que se entable la Reclamación o se reciba por una de las partes de la Reclamación. La parte que inicie el procedimiento de arbitraje tendrá derecho a seleccionar uno de los siguientes Administradores: Judicial Arbitration & Mediation Services, Inc. ("JAMS") o la American Arbitration Association ("AAA"). El árbitro será un abogado con más de diez años de experiencia, un juez jubilado o un ex juez. Las reglas y los formularios de AAA, NAF y JAMS se pueden obtener al escribir a dichas organizaciones a las direcciones que se indican más adelante en Información Adicional. Nuestra dirección para la diligencia de emplazamiento conforme a esta cláusula es HSBC Bank Nevada, N.A. P.O. Box 98740, Las Vegas, NV 89193-8740.

### Exención de Reclamaciones de Escaso Monto

Nosotros convenimos en no invocar nuestro derecho a arbitrar una Reclamación individual que usted pueda presentar en un tribunal de reclamaciones de escaso monto o en cualquier corte equivalente, con tal de que la Reclamación sólo esté pendiente en dicha corte. Sin embargo, si dicha Reclamación es transferida o apelada en una corte distinta, nos reservamos nuestro derecho de elegir arbitraje en dicho momento.

### Lugar del Arbitraje y Cuotas

Toda audiencia de arbitraje participativa a la que usted acuda se celebrará en el lugar que sea razonablemente conveniente para usted. Por cualquier Reclamación que presente, usted pagará los primeros $50 de la cuota de presentación. Si usted lo solicita, nosotros pagaremos el resto de la cuota de presentación y toda cuota administrativa o de audiencia cobrada por el Administrador en cualquier Reclamación presentado por usted hasta un máximo de $1,500. Si usted está requerido a pagar cualquier cuota adicional al Administrador, consideramos una petición por su parte para pagar todas o parte de las cuotas adicionales, sin embargo, no estaremos obligados a pagar ninguna cuota adicional a menos que el árbitro le otorgue un laudo a su favor. Si el árbitro otorga un laudo a su favor, le reembolsaremos toda cuota adicional pagada o que usted deba al Administrador, hasta por el monto de las cuotas que se le hubieran cobrado si la Reclamación original hubiera sido por la cantidad real del laudo a su favor. Cada parte correrá con los gastos de los honorarios de sus abogados respectivos, salvo que la ley disponga algo distinto. Si algún estatuto le concede a usted el derecho a recuperar cualesquiera de estos honorarios o los honorarios pagados al Administrador, estos derechos estatutarios tendrán vigencia en el arbitraje, no obstante se estipule algo diferente contenidos en la presente. Si el árbitro dicta un laudo a favor nuestro, usted no tendrá que reembolsarnos por concepto de los honorarios que le hayamos pagado previamente al Administrador o que hayan sido responsabilidad nuestra.

### Personas Cubiertas

Esta cláusula de arbitraje cubre Reclamaciones hechas por nosotros o en contra (a) nuestra, cualquier compañía matriz, subsidiaria, o afiliada, cualquier antecesor o sucesor de lo antedicho, y cualquier oficial, director, empleado, agente o representante de cualquiera de las anteriormente mencionadas, (b) de usted y cualquier usuario autorizado y cualquier otra persona que reclame a través de usted o cualquier usuario autorizado, y (c) cualquier otra persona que nos esté prestando ayuda ofreciendo Tarjetas, administrando Cuentas, o proporcionando beneficios o servicios que se relacionen con la Tarjeta. Si una Reclamación que se encuentre en el alcance del primer párrafo del párrafo anterior "Reclamaciones y Administradores de Arbitraje" se presenta por o en contra de una tercera persona, y cualquiera de las personas mencionadas en la oración anterior está involucrada como una parte, entonces toda la Reclamación está sujeta a arbitraje conforme con este Acuerdo, incluyendo toda Reclamación hecha por o en contra de cualquier tercera persona.

### Protección de Información

Las reglas y procedimientos del Administrador, las cuales puede obtener de dicha organización, regirán el arbitraje a menos que entren en conflicto con esta cláusula de arbitraje, en cuyo caso esta cláusula de arbitraje regirá. El árbitro no estará obligado por reglas o procedimientos judiciales ni evidencia que aplique en una corte, como tampoco por leyes estatales o locales que se relacionen con los procedimientos de arbitraje. Si usted o nosotros lo solicitamos, el árbitro atenderá a reclamaciones de privilegio reconocidas bajo la ley vigente y hará uso de su mejor esfuerzo para proteger información confidencial (incluso durante el uso de las órdenes protectoras).

### Partes en el Arbitraje

El arbitraje se deberá llevar a cabo a nombre de partes nombradas individualmente. A menos que todas las partes consientan, ni usted ni nosotros podremos formar parte, consolidar o de otra manera presentar reclamaciones relacionadas con dos o más cuentas, individuos, o titulares de cuenta en el mismo arbitraje, serán solo las Personas Cubiertas, cosolicitantes o usuarios autorizados de una cuenta. No habrá demandas colectivas, o acciones generales por parte de un abogado privado, u otra demanda representativa o colectiva, en un arbitraje, aun cuando la disputa subyacente haya sido ejercida en un tribunal como demanda colectiva, acciones generales por parte de un abogado privado u otra demanda representativa o colectiva. Ninguna podrá presentar una Reclamación en

arbitraje a nombre de o en contra de una persona en capacidad representativa o colectiva, o en nombre de o en contra de una persona que no es una parte nombrada individualmente, ni ninguna parte podrá buscar obtener un laudo o beneficio en arbitraje a nombre de o en contra de una persona que no sea una parte nombrada individualmente. El árbitro no tendrá la autoridad para resolver ninguna reclamación hecha por o a nombre de cualquier que no sea una parte nombrada individualmente, y no tendrá la autoridad para otorgar un laudo para el beneficio de, o en contra de, cualquiera que no sea una parte nombrada individualmente. No se permitirán en el arbitraje, demandas colectivas o la unión o consolidación de cualquier Reclamación con la reclamación de cualquier otra persona sin el expreso consentimiento por escrito suyo y nuestro. Estas limitaciones serán referidas más adelante como "Renuncia a una Demanda Colectiva".

Las partes para este Acuerdo reconocen que la Renuncia a una Demanda Colectiva es sustancial y esencial para el arbitraje de cualquier Reclamación entre las partes y es no separable de esta cláusula de arbitraje. Si la Renuncia a una Demanda Colectiva se limita, anula o se haya que es inejecutable, entonces el acuerdo de las partes para arbitrar (salvo por esta oración) será nulo y sin efecto con respecto a dicho procedimiento, sujeto al derecho a apelar la limitación o invalidación de la Renuncia a una Demanda Colectiva. Usted y nosotros confirma y conviene que bajo ninguna circunstancia se arbitrará una demanda colectiva.

**Decisión y Apelación**
El árbitro deberá resolver toda Reclamación, incluyendo la aplicación de esta cláusula de arbitraje o la validez del Acuerdo por completo, salvo para toda Reclamación que ponga en entredicho la validez de la Renuncia a una Demanda Colectiva, la cual deberá ser decidido en un tribunal. La decisión del árbitro será final y obligatoria a menos que usted o nosotros busquemos apelar el laudo a través de una petición por escrito al Administrador dentro del plazo de tiempo especificado en las reglas del Administrador. En caso de existir una apelación, un panel de apelación el cual consistirá de tres árbitros considerarán nuevamente todos los aspectos de hecho y legales, conducirán la apelación de la misma manera que el arbitraje inicial, y tomarán decisiones en base a los votos de la mayoría. La decisión del panel será final y obligatoria. Toda decisión final del árbitro o del panel de apelación está sujeta a revisión judicial únicamente como se indica en la FAA. Un laudo en arbitraje será ejecutable conforme a la FAA por todo tribunal que tenga jurisdicción.

**Consecuencias de elegir el arbitraje**
LAS PARTES RECONOCEN QUE TIENEN DERECHO A LITIGAR LAS RECLAMACIONES MEDIANTE UNA CORTE ANTE UN JUEZ O JURADO, PERO QUE NO TENDRÁN ESE DERECHO SI CUALQUIERA DE LAS PARTES OPTA POR EL ARBITRAJE. POR LA PRESENTE, LAS PARTES, A SABIENDAS Y VOLUNTARIAMENTE, RENUNCIAN A SUS DERECHOS A LITIGAR DICHAS RECLAMACIONES EN UNA CORTE ANTE UN JUEZ O UN JURADO DESDE EL MOMENTO EN QUE CUALQUIERA DE LAS PARTES OPTE POR EL ARBITRAJE.

**Información Adicional**
Usted puede comunicarse, obtener las reglas de arbitraje o entablar una Reclamación ante AAA, o JAMS, en las siguientes direcciones:

Judicial Arbitration & Mediation Services, Inc.
620 Eighth Ave., 34th Floor
New York, NY 10018
www.jamsadr.com

American Arbitration Association
1633 Broadway, Floor 10
New York, NY 10019
www.adr.org

**Varios**
Esta cláusula de arbitraje sobrevivirá a la terminación de su Cuenta así como al pago de las cantidades que se hayan pedido prestado en la presente. De haber un conflicto o inconsistencia entre las reglas y procedimientos del Administrador y esta Cláusula de Arbitraje, regirá esta Cláusula de Arbitraje.

**Exclusión Voluntaria del Arbitraje**

Usted puede rechazar esta cláusula sin penalización alguna. Para hacerlo, debe enviar a HSBC c/o HSBC Bank Nevada, N.A., P.O. Box 98740, Las Vegas, NV 89193-8740 un escrito firmado ("Aviso de Rechazo") y lo deben recibir en un plazo de treinta (30) días después de la fecha en que firmó su solicitud. El Aviso de Rechazo debe identificar la transacción en cuestión y debe incluir su nombre, dirección y número de seguro social y debe estar firmada por todas las personas obligadas contractualmente en su cuenta. Usted puede enviar el Aviso de Rechazo de la manera que a usted le convenga siempre y cuando lo recibamos en la dirección indicada dentro del plazo indicado. No se podrá usar ningún otro método para rechazar la cláusula de arbitraje. Si el Aviso de Rechazo lo envía un tercero a su nombre, dicho tercero deberá incluir pruebas de su autoridad para presentar el Aviso de Rechazo a nombre suyo.

**20. CAMBIO DE TÉRMINOS:** Nosotros podemos cambiar o terminar cualquiera de los términos, condiciones, servicios o características de su Cuenta o de este Convenio (incluyendo el aumento de sus Cargos por Intereses) en cualquier momento. También podemos agregar nuevos términos, condiciones, servicios o características a su Cuenta o a este Convenio. Podemos imponer cualquier cambio en términos o en términos nuevos a su saldo pendiente, así como a las transacciones y saldos subsiguientes. En la medida en que lo exige la ley, nosotros le avisaremos de antemano en cuanto a todo cambio en términos o términos nuevos, enviándole un aviso a su dirección según se indica en nuestros libros. Todo cambio en la Tasa Porcentual Anual, conforme con las disposiciones sobre tasa variable de este Convenio, no será considerado cambio en términos bajo este párrafo.

**21. RESPONSABILIDAD POR USO NO AUTORIZADO:** Usted podría ser responsable del uso no autorizado de su Tarjeta. Usted conviene en avisarnos inmediatamente al enterarse del uso no autorizado de su Tarjeta. Usted no será responsable del uso no autorizado que suceda después de que nos avise verbalmente o por escrito. Nos puede avisar por escrito a HSBC Retail Services, P.O. Box 5226, Carol Stream, IL 60197-5226, en cuanto a la pérdida, robo o posible uso no autorizado de su Tarjeta. En todos los casos, su responsabilidad no excederá los $60. Sin embargo, el uso no autorizado no incluye el uso por parte de una persona a quien usted haya autorizado a usar su Tarjeta, y usted será responsable de todo uso por dicha persona. Para terminar esta autorización, tiene que retirarle la Tarjeta al usuario previamente autorizado y devolvérnosla a: HSBC Retail Services, P.O. Box 5226, Carol Stream, IL 60197-5226 junto con una carta que nos explique las razones por las cuales tomó dicha determinación.

**22. PÉRDIDA O ROBO DE LA TARJETA:** Usted acuerda notificarnos inmediatamente si le roban o se pierde su Tarjeta o si usted piensa que alguien está usando su Cuenta sin su permiso. Usted puede notificarnos por escrito a HSBC Retail Services P.O. Box 5226, Carol Stream, IL 60197-5226.

**23. CHEQUES DE TARJETA DE CRÉDITO PERDIDOS O ROBADOS:** Usted conviene en avisarnos inmediatamente si pierde o le roban algún cheque de tarjeta de crédito. Nos puede avisar por escrito a: HSBC Retail Services, P.O. Box 5226, Carol Stream, IL 60197-5226.

**24. SUSPENSIÓN DE PAGO:** Si antes de que se pague un cheque de tarjeta de crédito girado contra su Cuenta usted nos notifica que no lo paguemos, suspenderemos su pago. Usted debe enviarnos una orden escrita y firmada de no pagar un cheque determinado, indicando el número, el beneficiario, la cantidad y la fecha del cheque de tarjeta de crédito cuyo pago debe suspenderse. Si llama por teléfono, usted debe confirmar la llamada por escrito dentro de 14 días. Una suspensión de pago por escrito permanecerá en efecto por seis meses después de haberla recibido a menos que sea renovada por escrito.

**25. CANCELACIÓN DE LA TARJETA:** Nosotros podemos cancelar o reducir su límite de crédito en cualquier momento y por cualquier motivo, sujeto a los requisitos de la ley aplicable. Los Saldos pendientes bajo este Acuerdo cuando se reduce o cancela su límite de crédito, continuarán

acumulando cargos por intereses hasta que el saldo sea pagado en su totalidad y están sujetos a todos los términos y condiciones de este Acuerdo. Usted acuerda devolvernos su(s) Tarjeta(s) en cualquier momento cuando se lo solicitemos.

**26. CIERRE DE SU CUENTA:** Usted puede cancelar o cerrar su Cuenta al escribirnos a: HSBC Retail Services, P.O. Box 5226, Carol Stream, IL 60197-5226. Su aviso entra en vigencia cuando lo recibamos. Si usted cancela o cierra su Cuenta, aún será responsable de todas las cantidades que se nos adeuden de acuerdo con los términos de este Convenio. Usted conviene en devolvernos su(s) Tarjeta(s).

**27. PRÁCTICAS DE SUPERVISIÓN:** Usted conviene en que nuestro personal de supervisión puede escuchar y grabar las conversaciones telefónicas entre usted y nuestros representantes a fin de evaluar la calidad de nuestro servicio a usted y a otros tarjetahabientes.

**28. LEY VIGENTE:** Este Convenio y su Cuenta serán regidos e interpretados por las leyes federales, incluyendo la Ley Federal sobre Arbitraje, y las leyes del Estado de Nevada, correspondientes a contratos celebrados, y a ser cumplidos allí, sin referencia a los principios de conflictos de leyes. La legalidad, ejecución e interpretación de este Convenio y de las cantidades contratadas, cobradas y recibidas bajo este Convenio serán regidas por dichas leyes. Este Convenio se celebra entre usted y nosotros en Nevada. Nosotros tomamos decisiones en cuanto a la concesión de crédito a usted y le extendemos el crédito bajo este Convenio desde Nevada. Las leyes federales y de Nevada corresponderán a toda controversia, reclamación o disputa que surja de o se relacione, de forma alguna con el asunto objeto de este Convenio y o su Cuenta, incluyendo las reclamaciones estatutarias, de equidad y por agravio.

**29. INVESTIGACIÓN E INFORMES DE CRÉDITO:** Usted conviene en que nosotros podemos investigar sus historiales de crédito, empleo e ingresos y comprobar sus recomendaciones de crédito y en que podemos dar a las agencias de informes de crédito, comerciantes y otros acreedores el estado y el historial de pago de su Cuenta.

**30. PRECISIÓN DISPUTADA DE UN INFORME DE CRÉDITO:** Si algún dato determinado relacionado con su Cuenta, las transacciones o la experiencia de crédito con nosotros no es preciso, nos puede avisar y solicitar que corrijamos la información imprecisa (después de confirmar el supuesto error) dado a cualquier agencia de informes de crédito, escribiéndonos a: HSBC Retail Services, P.O. Box 5253 Carol Stream, IL 60197-5253.

**31. INFORMACIÓN FINANCIERA ACTUALIZADA:** Usted acuerda darnos inmediatamente información financiera actualizada sobre usted cuando se la solicitemos.

**32. DEMORA EN LA TOMA DE ACCIONES:** Si por cualquier razón nos demoramos en tomar cualquier acción, no perderemos nuestros derechos bajo este Acuerdo. En la medida en que lo permita la ley, podríamos tomar otras acciones que no estén descritas en este Acuerdo, sin perder por ello nuestros derechos bajo este Acuerdo.

**33. CAMBIO DE NOMBRE, DIRECCIÓN O EMPLEO:** Usted conviene en darnos un aviso de 10 días de anticipación en cuanto a todo cambio en su nombre, dirección postal, número de teléfono o lugar de empleo. Usted conviene en que el Departamento de Vehículos Motorizados puede darnos su dirección residencial si fuere necesario localizarle.

**34. TRASPASO DE LA CUENTA:** Nosotros podremos vender, traspasar o transferir su Cuenta o cualquier parte de la misma sin notificárselo. Usted no puede vender, traspasar o transferir su Cuenta.

**35. DIVISIBILIDAD:** Si se determina que cualquier cláusula de este Acuerdo es nula o inejecutable bajo cualquier ley, regla o reglamento, todas las demás cláusulas de este Acuerdo permanecerán válidas y ejecutables.

**36. AVISOS PARA RESIDENTES DE CALIFORNIA:** La ley de California exige que nosotros informemos a los clientes que si no cumplen con los términos de su obligación de crédito, se puede remitir a una agencia de informes de crédito un informe negativo que se refleje en su expediente de crédito. Si usted está casado(a), puede solicitar el crédito a nombre propio.

**37. AVISO A LOS RESIDENTES DE LA FLORIDA:** Usted (el prestatario) acuerda que, si obtenemos una sentencia en su contra, una parte de su ingreso disponible puede ser secuestrada o embargada (pagada a nosotros por su empleador), según lo dispone la ley de la Florida y la ley Federal.

**38. AVISO PARA LOS RESIDENTES DE MAINE:** Podríamos solicitar un informe de crédito con respecto a su solicitud de crédito. Usted puede preguntar si nosotros obtuvimos un informe de crédito y, en tal caso, nosotros le informaremos el nombre y la dirección de la agencia que emitió el informe.

**39. AVISO PARA RESIDENTES DE MISSOURI:** No se pueden hacer cumplir los contratos o compromisos verbales con el fin de prestar dinero, conceder crédito o abstenerse de hacer cumplir el pago de una deuda, incluyendo las promesas de extender o renovar dicha deuda. Para protegerlo (prestatario(s)) y protegernos (acreedor) de malentendidos o decepciones, todos los contratos que celebremos que cubran dichas cuestiones están incluidos en este documento, el cual es la declaración completa y exclusiva del acuerdo entre nosotros, a menos que más adelante acordemos por escrito modificarlo.

**40. AVISO PARA RESIDENTES DE NEW YORK:** Se puede solicitar un informe de crédito sobre el consumidor relacionado con esta solicitud o con las actualizaciones, renovaciones o extensions de todo crédito concedido como resultado de esta solicitud. A solicitud suya, se le informará si se solicitó dicho informe y, de haberse solicitado, el nombre y la dirección de la agencia que proporcionó el informe. Los residentes de New York, se pueden comunicar con el departamento de banca del Estado de New York a fin de obtener una lista comparativa de las tasas para tarjetas de crédito, sus recargos y períodos de gracia. Departamento de Banca del Estado de New York: 1-800-522-3330.

**41. AVISO PARA LOS RESIDENTES DE OHIO:** Las Leyes de Ohio contra la discriminación exigen que todos los acreedores pongan el crédito a disposición de todas las personas solventes, sin distinción de ninguna clase, y que las agencias de información de crédito mantengan historiales de crédito separados para cada individuo cuando esto se les solicite. La Comisión de Derechos Civiles de Ohio se encarga de hacer cumplir esta ley.

**42. AVISO PARA RESIDENTES DE VERMONT:** Se podrá solicitar un informe de crédito sobre el consumidor en lo relacionado con esta solicitud o en lo relacionado con actualizaciones, renovaciones o prórrogas de todo crédito concedido como resultado de esta solicitud. A petición, se le informará si se solicitó o no dicho informe y, de haberse solicitado, el nombre y la dirección de la agencia que proporcionó el informe.

La información referente a los costos de la Tarjeta que contiene este Convenio de Tarjetahabiente y la Declaración de Divulgaciones es precisa en agosto el 2011. Esta información tendrá cambiar después de esa fecha. Para conocer cualquier cambio, escríbanos a: 1111 Town Center Drive, Las Vegas, Nevada 89144.

**SUS DERECHOS DE FACTURACIÓN — GUARDE ESTE AVISO PARA USO FUTURO**